UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

**HARRIET HINES, Individually, and On Behalf of All Others Similarly Situated,**

                      **Plaintiff,**

      -against-

**THE MARAMONT CORPORATION D/B/A SEASONSKOSHER,**

                      **Defendant.**

Civ. No.: 21-cv-06069 (MKB)(PK)

---------------------------------------------------------------------X

## STIPULATION OF FINAL DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective undersigned counsel, that all claims which were or could have been asserted by Plaintiff Harriet Hines are hereby dismissed in their entirety, without prejudice and without costs and/or attorneys' fees to any party as against any other party.

| | |
|---|---|
| Michael Nacmias, Esq.<br>Nacmias Law Firm PLLC<br>940 Atlantic Avenue<br>Brooklyn, NY 11238<br>*Attorneys for Plaintiff* | JACKSON LEWIS P.C.<br>44 South Broadway, 14th Floor<br>White Plains, New York 10601<br>(914) 872-8060<br>*Attorneys for Defendant* |
| By: _____<br>       Michael Nacmias | By: _____<br>       Joseph J. Lynett |
| Dated: January 25, 2022 | Dated: January 28, 2022 |

The foregoing Stipulation is approved, and IT IS SO ORDERED this ___ day of _____, 2022.

                                                                              *S/MArgo K. Brodie*
                                                                        The Honorable Peggy Kuo